Northern District Of Ohio – Western Division
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604

**Case No. 10−38082−rls**

**In re:**
Lamar Snowden
PO Box 140111
Toledo, OH 43614

**Social Security No.:**
xxx−xx−2495

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

CHAPTER 7 CASE

Louis J Yoppolo filed papers with the Court to Dismiss Case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before March 18, 2011 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604

**You must also mail a copy to the above named debtor(s) and:**

**Trustee**
Louis J Yoppolo
1200 Edison Plaza
300 Madison Ave
Toledo, OH 43604−1556

| **Debtor's Attorney** | **Movant's Attorney** |
|---|---|
| Diana Khouri | Not Applicable |
| 6300 Rockside Road #204 | |
| Cleveland, OH 44131 | |

**And attend the hearing scheduled to be held on:**
Tuesday, March 22, 2011 at 1:30pm
1716 Spielbusch, Courtroom #1, Rm 119
Toledo, OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** February 14, 2011                                  For the Court
Form ohnb244                                                  Kenneth J. Hirz, Clerk